IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re; Filing of Claims by Debtor or Trustee | BK 16-60171- RBK<br>JAMES HOWARD PACE<br><br>NOTICE OF FILING CLAIMS |

To:

Pursuant to Rule 3004. Filing of Claims by Debtor or Trustee.

Please take notice that a claim has been filed on your behalf by the debtor in case number 16-60171  Claim number 16 and 17.

Dated this 28th day of July 2016.

/S/ PATTI MAHONEY
Deputy Clerk