Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
Facsimile: (406) 453-4663
I.D. Number 0636
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | |
|---|---|
| In re ) | |
| ) | No. 16-60171-13 |
| JAMES HOWARD PACE, ) | |
| ) | |
| Debtor. ) | |

---

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM**

---

Pursuant to Rule 3007, F.R.B.P., and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim filed in the above-entitled case by the Debtor on behalf of Capital One Retail Services, which is claim number 17 on the Claims Register maintained by the Clerk of Court. The grounds for this objection are as follows:

The claim has been assigned to Cavalry SPV I, LLC. Cavalry SPVI, LLC, has filed a claim for the same debt, filed on the claims register as Claim No. 13.

WHEREFORE, Proof of Claim number 17 should be disallowed.

DATED this 2nd day of August, 2016.

                                              Chapter 13 Standing Trustee
                                              P. O. Box 1829
                                              Great Falls, MT 59403-1829

                                              By /s/ Robert G. Drummond
                                                  Trustee

## CERTIFICATE OF MAILING

    I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing TRUSTEE'S OBJECTION TO PROOF OF CLAIM was sent by first class mail postage prepaid on the 2nd day of August, 2016, at Great Falls, Montana, and directed to the following:

>Capital One Retail Services
>P. O. Box 60504
>City of Industry, CA 91716
>
>Cavalry SPV I, LLC
>c/o Bass & Associates, P.C.
>3936 East Fort Lowell Road, Suite 200
>Tucson, AZ 85712

                                              /s/ Karen Prinzing
                                                  Karen Prinzing