UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

In re                                         )
                                              )  No. 16-60171-13
JAMES HOWARD PACE,                            )
                                              )
        Debtor.                               )

---

**ORDER**

---

At Butte in said District this 3rd day of August, 2016.

In this Chapter 13 bankruptcy, the Trustee filed an Objection to Proof of Claim on August 2, 2016, objecting to Proof of Claim No. 17 filed by the Debtor on behalf of Capital One Retail Services on July 27, 2016. The Trustee maintains in his Objection that the claim has been assigned to Cavalry SPV I, LLC. Cavalry SPVI, LLC, has filed a claim for the same debt, filed on the claims register as Claim No. 13. The Court agrees that Capital One Retail Services's debt is included in Proof of Claim No. 13 and pursuant to Mont. LBR 3007-2, "[o]bjections to duplicate claims will be summarily granted by the Court without notice or hearing." Accordingly,

IT IS ORDERED the Trustee's Objection to Proof of Claim No. 17 filed by the Debtor on behalf of Capital One Retail Services is sustained; and the allowance of Proof of Claim No. 17 is denied since such claim is a duplicate of Proof of Claim No. 13.

/s/ Ralph B. Kirscher
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge

1